| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Zengo Fitness LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-2692661** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4866 Cordell Avenue**<br>**Bethesda, MD 20814**<br>Number, Street, City, State & ZIP Code<br><br>**Montgomery**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.cycfitness.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Zengo Fitness LLC**                                   Case number (*if known*)_____
             Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | |
|---|---|---|
| Debtor **Please see attached** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Zengo Fitness LLC**                                                                     Case number (*if known*)
            Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Zengo Fitness LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2020**
MM / DD / YYYY

X **/s/ Marc Caputo**
Signature of authorized representative of debtor

**Marc Caputo**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ David M. Klauder**
Signature of attorney for debtor

Date **October 14, 2020**
MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **3028034600**    Email address **dklauder@bk-legal.com**

**5769 DE**
Bar number and State

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in this court for relief under chapter 11 of title 11 of the United States Code. Each Debtor is listed with the last four digits of its federal tax identification number. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Cyc Holdings LLC.

Cyc Holdings LLC (9224)
Cyc Fitness Partners LLC (9382)
Cycle House LLC (6651)
Zengo Fitness LLC (2661)
Cycle House II LA LLC (8270)

# JOINT RESOLUTIONS OF THE BOARD OF DIRECTORS AND/OR BOARD OF MANAGERS OF CYC HOLDINGS LLC, CYC FITNESS PARTNERS LLC, <u>CYCLE HOUSE LLC, AND ZENGO FITNESS LLC</u>

October 13, 2020

**WHEREAS**, the undersigned, representing all of the directors and managers of Cyc Holdings LLC, a Delaware limited liability company ("<u>Cyc Holdings</u>"), Cyc Fitness Partners LLC, a Delaware limited liability company ("<u>Cyc Fitness</u>"), Cycle House LLC, a California limited liability company ("<u>Cycle House</u>"), and Zengo Fitness LLC, a Delaware limited liability company ("<u>Zengo</u>"), do hereby adopt the following resolutions by written consent (as used herein, Cyc Holdings, Cyc Fitness, Cycle House and Zengo are also each referred to herein individually as a "<u>Company</u>" and collectively as the "<u>Companies</u>");

**WHEREAS**, the Board of Directors (the "<u>Board</u>") of each of the Companies, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company under chapter 11 of the United States Code (the "<u>Bankruptcy Code</u>"), has determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

## Chapter 11 Case

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>");

**RESOLVED,** that members of the board of directors of the Company (the "<u>Board</u>"), the Company's officers, and any other person designated and so authorized to act by a director or officer of the Company (each, an "<u>Authorized Person</u>" and, collectively, the "<u>Authorized Persons</u>") hereby are, and each of them is, authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED,** that subject to applicable law and the relevant bylaws and operating agreements of the Companies, no individual member of the Board shall have any individual liability for any actions of the Company with respect to and in connection with the bankruptcy cases, nor the expenses incurred by the Company for the bankruptcy cases.

### Retention of Advisors

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

**RESOLVED,** that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first above written.

Directors of Cyc Holdings LLC; Cyc Fitness Partners, LLC; Cycle House LLC; & Zengo Fitness LLC

*Adam Gillman*
Adam Gillman

*Bert Culha*
Bert Culha

*Arthur Lerner*
Arthur Lerner

*Steve Starker*
Steve Starker

*Marc Caputo*
Marc Caputo

*Cliff Mendelson*
Clifford Mendelsohn

Fill in this information to identify the case:

Debtor name: **Zengo Fitness LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1508, LLC<br>11 Argosy Court N. Potomac<br>Gaithersburg, MD 20878 | | | | | | $35,309.81 |
| 3DR Communications, LLC<br>6203 Swords Way<br>Bethesda, MD 20817 | | | | | | $1,778.54 |
| APEX<br>PO Box 771<br>Altoona, PA 16603 | | | | | | $1,412.00 |
| ASCAP<br>PO Box 331608-7515<br>Nashville, TN 37203-9998 | | | | | | $1,693.53 |
| Associated Insurance Management<br>1300 Spring Street Suite 300<br>Silver Spring, MD 20910 | | | | | | $8,712.00 |
| Cathedral Commons Partners, LLC<br>C/o Bozzuto Management 3401 Idaho Avenue<br>Washington, DC 20016 | | | | | | $134,930.07 |
| Comcast - Bethesda<br>PO Box 3005<br>Southeastern, PA 19398-3005 | | | | | | $1,508.41 |

Debtor **Zengo Fitness LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coverall** 2955 Momentum Place Chicago, IL 60689 | | | | | | $10,192.58 |
| **Eskridge - Mosiac Rent** C/OEskridge (E&A), LLC Tenant #65525 PO Box 536856 | | | | | | $100,863.68 |
| **Eskridge - Utilities** Tenant # 65525 PO Box 536856 Atlanta, GA 30353-6856 | | | | | | $2,717.87 |
| **Futrovsky Forster & Scherr** 401 N Washington St Ste 110 Rockville Sandy Spring, MD 20860-1701 | | | | | | $2,766.43 |
| **Greenhill Realty Company** c/o Greenhill Realty Co. 4901 Fairmont Ave. Ste 200 Bethesda, MD 20814 | | | | | | $34,655.62 |
| **Kabbage** PO Box 77081 Atlanta, GA 30357 | | | | | | $19,900.00 |
| **Kentlands Square LLC** PO Box 38042 Baltimore, MD 21297-8042 | | | | | | $64,149.25 |
| **Metro Fitness Inc.** PO Box 1062 Clarksburg, MD 20871 | | | | | | $2,621.75 |
| **Montogmery County** 101 Monroe Street, 2nd Floor Rockville, MD 20850 | | | | | | $2,802.85 |
| **PMI Parking** 1725 DeSales Street, Suite 202 Washington, DC 20036 | | | | | | $3,075.00 |
| **T&D Duct Cleaning** 1526 Liberty Road Sykesville, MD 21784 | | | | | | $1,036.00 |

Debtor **Zengo Fitness LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The O'keefe Group, Inc.**<br>**PO Box 1240**<br>**Attleboro, MA 02703** | | | | | | **$2,354.97** |
| **Washington Gas**<br>**101 Constitution Ave**<br>**Washington, DC 20080** | | | | | | **$1,329.89** |

**Fill in this information to identify the case:**

Debtor name: **Zengo Fitness LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2020**    X **/s/ Marc Caputo**
Signature of individual signing on behalf of debtor

**Marc Caputo**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## District of Delaware

In re    **Zengo Fitness LLC**             Case No. 
Debtor(s)                       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 14, 2020**         **/s/ Marc Caputo**
                                                      **Marc Caputo**/**Managing Member**
                                                        Signer/Title

| | | |
|---|---|---|
| ZENGO FITNESS LLC<br>4866 CORDELL AVENUE<br>BETHESDA, MD 20814 | BMI<br>PO BOX 630893<br>CINCINNATI, OH 45263-0893 | ESKRIDGE - UTILITIES<br>TENANT # 65525 PO BOX 536856<br>ATLANTA, GA 30353-6856 |
| DAVID M. KLAUDER<br>BIELLI & KLAUDER, LLC<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | C.L. HIBBARD PLUMBING HEATING & AC INC<br>3913 LONGFELLOW STREET<br>HYATTSVILLE, MD 20781 | FAIRWAY CAFE<br>1726 FRONT ST<br>LYNDEN, WA 98264 |
| 1508, LLC<br>11 ARGOSY COURT N. POTOMAC<br>GAITHERSBURG, MD 20878 | CATHEDRAL COMMONS PARTNERS, LLC<br>C/O BOZZUTO MANAGEMENT 3401 IDAHO AVENUE<br>WASHINGTON, DC 20016 | FUTROVSKY FORSTER & SCHER<br>400 WASHINGTON ST STE 110 R<br>SANDY SPRING, MD 20860-1701 |
| 3DR COMMUNICATIONS, LLC<br>6203 SWORDS WAY<br>BETHESDA, MD 20817 | CHATEL REAL ESTATE<br>1929 18TH ST. NW<br>WASHINGTON, DC 20009 | GREENHILL REALTY COMPANY<br>C/O GREENHILL REALTY CO.<br>4901 FAIRMONT AVE. STE 200<br>BETHESDA, MD 20814 |
| ADT<br>PO BOX 371878<br>PITTSBURGH, PA 15250-7878 | COMCAST - BETHESDA<br>PO BOX 3005<br>SOUTHEASTERN, PA 19398-3005 | GUARDIAN PROTECTION SERVICE<br>174 THORN HILL ROAD<br>WARRENDALE, PA 15086 |
| AMAZON BUSINESS<br>PO BOX 035184<br>SEATTLE, WA 98124-5184 | COMCAST - LOGAN<br>1634 MAIN ST.<br>LOGAN, UT 84341 | HUMANITY.COM, INC.<br>50 OSGOOD PLACE STE. 330<br>SAN FRANCISCO, CA 94133 |
| APEX<br>PO BOX 771<br>ALTOONA, PA 16603 | COVERALL<br>2955 MOMENTUM PLACE<br>CHICAGO, IL 60689 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| ASCAP<br>PO BOX 331608-7515<br>NASHVILLE, TN 37203-9998 | DC TREASURER<br>OFFICE OF TAX AND REVENUE<br>BEN FRANKLIN STATION PO BOX 679 | KABBAGE<br>PO BOX 77081<br>ATLANTA, GA 30357 |
| ASSOCIATED INSURANCE MANAGEMENT<br>1300 SPRING STREET SUITE 300<br>SILVER SPRING, MD 20910 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS P.O.<br>BINGHAMTON, NY 13902-5509 | KENTLANDS SQUARE LLC<br>PO BOX 38042<br>BALTIMORE, MD 21297-8042 |
| BILMIN COMPANY, INC.<br>7411 LINDBERGH DRIVE SUITE A<br>GAITHERSBURG, MD 20879 | ESKRIDGE - MOSIAC RENT<br>C/OESKRIDGE (E&A), LLC TENANT #65525<br>PO BOX 536856 | MERCHANT SERVICES<br>PO BOX 6010<br>HAGERSTOWN, MD 21741-6010 |

METRO FITNESS INC.
PO BOX 1062
CLARKSBURG, MD 20871

SHIMANO AMERICAN CORP
PO BOX 710272
DENVER, CO 80271-0272

MONTOGMERY COUNTY
101 MONROE STREET, 2ND FLOOR
ROCKVILLE, MD 20850

T&D DUCT CLEANING
1526 LIBERTY ROAD
SYKESVILLE, MD 21784

NORTHSIDE TAVERN
1726 CONNECTICUT AVE NW
WASHINGTON, DC 20009

TARGET
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

PARTY CITY
10700 FAIRFAX BLVD
FAIRFAX, VA 22030

TENLEYTOWN TRASH
6318 CHILLUM PLACE, NW
WASHINGTON, DC 20016

PEPCO - BETHESDA
PO BOX 13608
PHILADELPHIA, PA 19101

THE O'KEEFE GROUP, INC.
PO BOX 1240
ATTLEBORO, MA 02703

PEPCO - LOGAN
1508 14TH ST NW BSMT
WASHINGTON, DC 20005

THOMAS E. CLARK, INC.
2412 LINDEN LANE
SILVER SPRING, MD 20910

PEPSI BEVERAGE COMPANY
75 REMITTANCE DR. SUITE 1884
CHICAGO, IL 60675-1884

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

PMI PARKING
1725 DESALES STREET, SUITE 202
WASHINGTON, DC 20036

WASHINGTON GAS
101 CONSTITUTION AVE
WASHINGTON, DC 20080

S&S ACTIVEWEAR
220 REMINGTON BLVD
BOLINGBROOK, IL 60440

SCHEFFRES LAUNDRY SERVICE
5016 HERZEL PLACE
BELTSVILLE, MD 20705